**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 5 WAL 2024

           Respondent                     :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

           v.                            :

                                    :

KIMBERLY ANN WILLIAMS,            :

                                    :

           Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

       Justice McCaffery did not participate in the consideration or decision of this matter.